466 A.2d 730

Muller v. Glynn, A & D Rentals, Appellants.

Argued June 17, 1983. Alexander Ogle, for appellants; Daniel W. Rullo, for appellees.

Before ROWLEY, McEWEN and WATKINS, JJ.

The order of the court en banc composed of the distinguished President Judge Charles H. Coffroth and the learned Judge Norman A. Shaulis is affirmed.

466 A.2d 730

Saez, Appellant v. Phila. Elec. Co.

Submitted February 17, 1983. Larry E. Coben, for appellant; John J. Tinaglia, for appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment affirmed.